UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| #<br><br>K.A.,<br><br> Plaintiff-Appellant,<br><br>v.<br><br>MICHELLE BARNES, *et al.*<br><br>Defendant-Appellees. | Case No. 24-1188<br><br>(D.C. 1:23-cv-01558-NYW-KAS)<br><br>(D. Colo.) |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Arapahoe County Department of Human Services ("ACDHS") and ACDHS Division Manager Michelle Dossey, in her official capacity only, in the above-captioned case.

[Appellees/Respondents]


*s/ Writer Mott*  
Writer Mott, #33148  
Deputy County Attorney  
Arapahoe County Attorney's Office  
5334 S. Prince Street  
Littleton, CO 80120-1136  
Tele: 303-795-4639  
Wmott@arapahoegov.com

*s/ Rebecca M. Taylor*  
Rebecca M. Taylor, #40645  
Sr. Assistant County Attorney  
Arapahoe County Attorney's Office  
5334 S. Prince Street  
Littleton, CO 80120-1136  
Tele: 303-795-4639  
Rtaylor@arapahoegov.com

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

> The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

May 7, 2024
Date

*s/ Writer Mott*
Writer Mott
Deputy County Attorney
Arapahoe County Attorney's Office

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On _____ I sent a copy of this Entry of Appearance Form to:

the last known address address, by Regular U.S. Mail, postage prepaid.

May 7, 2024
Date

*s/ Stacy Hines*
Stacy Hines
Senior Paralegal
Arapahoe County Attorney's Office